PER CURIAM.
Affirmed. Irwin v. Blake, 589 So.2d 973, 974 (Fla. 4th DCA 1991); Albertson’s, Inc. v. Brady, 475 So.2d 986, 988 (Fla. 2d DCA 1985), rev. denied, 486 So.2d 595 (Fla.1986); Hirsch v. Mount Sinai Medical Ctr., Inc., 458 So.2d 6 (Fla. 3d DCA 1984); Pfister v. Parkway Gen. Hosp., Inc., 405 So.2d 1011 (Fla. 3d DCA 1981), rev. denied, 413 So.2d 876 (Fla.1982); Grossman v. Short, 235 So.2d 11, 13 (Fla. 3d DCA 1970), cert. discharged, 245 So.2d 217 (Fla.1971); Allied Chem. Corp. v. Eubanks Indus., 155 So.2d 740 (Fla. 3d DCA 1963).